803

*John H. Chronister,* Assistant Public Defender, for appellant; *William H. Neff, Jr.,* Assistant District Attorney, and *Harold N. Fitzkee, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Miller, Appellant.

Submitted March 16, 1970. *William D. Balitas,* Public Defender, for appellant; *Joseph Holochuck,* Assistant District Attorney, and *Richard B. Russell,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: At the PCHA hearing the court below found appellant's plea of nolo contendere valid. The sentence is valid and lawful. Order affirmed as to the validity of the plea and sentence; order reversed insofar as it allows appellant to appeal nunc pro tunc. See *Commonwealth v. Lowery,* 438 Pa. 89, 263 A. 2d 332 (1970).

## Commonwealth *v.* Miller, Appellant.

Submitted March 18, 1970. *Richard M. Lovenwirth,* Assistant Public Defender, for appellant; *Stewart J. Greenleaf* and *Paul W. Tressler,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.